# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN MORALES, | NO. CV 13-4696-GHK (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| PARAMO, WARDEN, | |
|     Respondent. | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   10/2/14  .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE